# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**                                         **CRIMINAL ACTION 1:05CR17-P-D**

**JULIAN MINGO**

## ORDER

This cause is before the Court on the defendant's Motion to Exclude Photographs [15-1]. The Court, having reviewed the motions, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied. First, the defendant's motion fails to identify the nature of the photographs he asks this Court to deem inadmissible. Second, if the photographs to which defendant refers, as the government suggests, depict the crime scene and the occupant of the residence searched, the photographs are relevant. Finally, the defendant has failed to demonstrate that the danger of unfair prejudice outweighs their probative value.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion to Exclude Photographs [15-1] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 30th day of June, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE