IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                    CRIMINAL ACTION 1:05CR17-P-D

JULIAN MINGO

## ORDER

This cause is before the Court on the defendant's Motion in Limine Regarding the Government's Opening and Closing Remarks [24-1]. The Court, having reviewed the motion, the response and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied. In essence, the defendant would have this Court to admonish counsel for the government to abide by the rules of professional conduct during the course of the trial. Absent some basis for believing that counsel would behave to the contrary, the Court deems such an order unnecessary.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion in Limine Regarding the Government's Opening and Closing Remarks [24-1] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 30th day of June, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE